

# IN THE
# TENTH COURT OF APPEALS

### No. 10-23-00050-CR

DANA MICHELLE WHITE,

Appellant

 v.

THE STATE OF TEXAS,

Appellee

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2018-1848-C1

## MEMORANDUM  OPINION

Dana Michelle White was placed on deferred adjudication probation for the offense of unauthorized absence from a county correctional center. Less than a year later, the State filed a motion to adjudicate guilt. The trial court granted the motion and sentenced White to twenty months in a state jail division facility. White appealed but before filing her brief, she filed a motion to voluntarily dismiss the appeal.

Rule 42.2(a) of the Texas Rules of Appellate Procedure provides that an appellate court may dismiss an appeal upon appellant's motion. *See* TEX. R. APP. P. 42.2(a). In compliance with Rule 42.2(a), both White and her attorney have signed the motion to dismiss. Accordingly, we grant White's motion to dismiss the appeal, and the appeal is dismissed.

STEVE SMITH
Justice

Before Chief Justice Gray,
     Justice Johnson,
     and Justice Smith
Motion to dismiss granted
Opinion delivered and filed June 7, 2023
Do not publish
[CR25]

